```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 03 B 50178
   ROBERT E REASONS
   LINDA R REASONS                            CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5935     SSN XXX-XX-9396

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/12/2003 and was confirmed 02/05/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  42.00%.

     The case was paid in full 06/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMERICAN EXPRESS TRAVEL     UNSECURED         1114.60          .00          468.13
NCO FINANCIAL SYSTEMS       NOTICE ONLY      NOT FILED         .00             .00
AMERICAN EXPRESS            UNSECURED        NOT FILED         .00             .00
NATIONWIDE CREDIT INC       NOTICE ONLY      NOT FILED         .00             .00
ASPIRE                      UNSECURED         4870.14          .00         2045.46
ROUNDUP FUNDING LLC         UNSECURED         3934.34          .00         1652.42
HOUSEHOLD FINANCE CORP      UNSECURED         5429.55          .00         2280.41
RESURGENT CAPITAL SERVIC    UNSECURED          737.19          .00          309.62
CAPITAL ONE BANK            UNSECURED         2766.06          .00         1161.75
ECAST SETTLEMENT CORP       UNSECURED         2628.03          .00         1103.77
ECAST SETTLEMENT CORP       UNSECURED         6143.00          .00         2580.06
RESURGENT CAPITAL SERVIC    UNSECURED         6987.66          .00         2934.82
ECAST SETTLEMENT CORP       UNSECURED        14319.57          .00         6014.22
DISCOVER FINANCIAL SERVI    UNSECURED         3939.11          .00         1654.43
NATIONAL CAPITAL MGMT LL    UNSECURED         3712.72          .00         1559.34
FINGERNUT                   UNSECURED        NOT FILED         .00             .00
FINGERHUT                   UNSECURED           94.34          .00           39.62
ROUNDUP FUNDING LLC         UNSECURED         2480.65          .00         1041.87
HARRIS BANK                 NOTICE ONLY      NOT FILED         .00             .00
RHODES HOMEMAKERS           UNSECURED        NOT FILED         .00             .00
HOUSEHOLD FINANCE CORP      UNSECURED         9562.71          .00         4016.34
ECAST SETTLEMENT CORP       UNSECURED        14879.48          .00         6249.38
SHERMAN ACQUISITION         UNSECURED         2681.10          .00         1126.06
RESURGENT ACQUISITION LL    UNSECURED          458.74          .00          192.67
SPIEGEL                     UNSECURED        NOT FILED         .00             .00
ECAST SETTLEMENT CORP       UNSECURED         1583.20          .00          664.94
AMERICAN EXPRESS TRAVEL     UNSECURED         1515.63          .00          636.56
ECAST SETTLEMENT CORP       UNSECURED         4655.33          .00         1955.24
STUART B HANDELMAN          DEBTOR ATTY       100.00                        100.00
TOM VAUGHN                  TRUSTEE                                        2,456.89
DEBTOR REFUND               REFUND                                             .00


                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 03 B 50178 ROBERT E REASONS & LINDA R REASONS
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  42,244.00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                           39,687.11
ADMINISTRATIVE                                         100.00
TRUSTEE COMPENSATION                                 2,456.89
DEBTOR REFUND                                             .00
                       ---------------        ---------------
TOTALS                   42,244.00                  42,244.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 09/25/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                           PAGE   2
     CASE NO. 03 B 50178 ROBERT E REASONS & LINDA R REASONS